UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UKRAINE,

                Petitioner,

-against-

PAO TAFTNET,

                Respondent.

------------------------------------------------------------X

21-MC-00376 (JGK) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Court is in receipt of the parties' letters at ECF Nos. 13 and 14. Absent further order from the Court of Appeals for the D.C. Circuit, the Court will proceed to address the pending motion to quash in due course.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: June 14, 2021
       New York, New York

USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 6/14/2021