

**CORRESPONDANT**
**WINSTON & STRAWN LLP**

North America   Europe   Asia

68 rue du Faubourg Saint-Honoré
75008 Paris, France
T +33 (0) 1 53 64 82 82
F +33 (0) 1 53 64 82 20

**VIA ECF**

July 21, 2021

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, NY 10007

Re:   *Ukraine v. PAO Tatneft*, No. 1:21-mc-00376-JGK-SN

Dear Judge Koeltl:

*[Handwritten annotation:] Time to object extended to August 23, 2021. Time to respond is 9/3/21. SO ORDERED. [signed] JGK 7/21/21  U.S.D.J.*

Pursuant to Rule I.E. of your Honor's Individual Practices, Petitioner Ukraine respectfully requests that the Court extend the time for objecting to Judge Netburn's July 19, 2021 Order denying Ukraine's motion to quash (Dkt. 16).

The current deadline for objecting to the Order falls on August 2, 2021. *See* Fed. R. Civ. P. 72. Ukraine respectfully requests a four-week extension of time until August 30, 2021 or, at minimum, a three-week extension of time until August 23, 2021. An extension of time is necessary due to counsel's conflicting commitments in three other litigation proceedings and two other arbitration proceedings, as well as international travel. An extension is also needed to obtain instructions and further input from the State of Ukraine, which is a time-consuming process that typically requires convening an inter-agency working group meeting, and which may be challenging during the summer period. In addition, Ukraine's motion to stay execution of judgment, including discovery in aid of execution, is currently pending before the D.C. Circuit and could moot the dispute before this Court, so that an extension of time may promote judicial economy.

This is Ukraine's first motion for an extension of time to object to the July 19, 2021 Order. No prior request has been granted or denied. Respondent PAO Tatneft has withheld its consent, stating its intention to proceed on the basis that no court order currently in effect bars it from pursuing discovery (Exhibits A-B).

Should your Honor require any additional information, please feel free to contact us. We appreciate your consideration in this matter.

Respectfully submitted,

/s/ Maria Kostytska
Maria Kostytska, Partner
WINSTON & STRAWN LLP
*Counsel for Ukraine*

Cc:   All Counsel of Record (Via ECF)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/21

# EXHIBIT A

# Kostytska, Maria

| From: | Kostytska, Maria |
|---|---|
| Sent: | mercredi 21 juillet 2021 19:16 |
| To: | Lauren Handelsman |
| Cc: | Morag, Boaz S.; Sarah Dowd; Kim, Allison; McDonald, Mark E.; Blackman, Jonathan I.; Slater, Matthew D.; Librera, Kelly; Buchanan, Tom |
| Subject: | RE: Ukraine v. PAO Tatneft, Case No. 1:21-mc-00376-JGK-SN - meet & confer |

Dear Lauren,

Thank you for your response. We will proceed with the filing of our letter motion requesting an extension.

Best regards,

**Maria Kostytska**
Partner/Associé
*Avocate à la Cour*
W & S SELARL
68 Rue du Faubourg Saint-Honoré
75008 Paris
T: +33 1 53 64 82 82
D: +33 1 53 64 82 44
F: +33 1 53 64 82 20
Bio | VCard | Email | winston.com

**WINSTON & STRAWN**
LLP

Merci de penser à l'environnement avant d'imprimer cet e-mail / Please consider your environmental responsibility before printing this e-mail.

**From:** Lauren Handelsman <lhandelsman@binderschwartz.com>
**Sent:** mercredi 21 juillet 2021 16:33
**To:** Kostytska, Maria <MKostytska@winston.com>
**Cc:** Morag, Boaz S. <bmorag@cgsh.com>; Sarah Dowd <sdowd@binderschwartz.com>; Kim, Allison <alkim@cgsh.com>; McDonald, Mark E. <memcdonald@cgsh.com>; Blackman, Jonathan I. <jblackman@cgsh.com>; Slater, Matthew D. <mslater@cgsh.com>; Librera, Kelly <KLibrera@winston.com>; Buchanan, Tom <TBuchana@winston.com>
**Subject:** RE: Ukraine v. PAO Tatneft, Case No. 1:21-mc-00376-JGK-SN - meet & confer

Maria,

PAO Tatneft does not consent to the extension of time proposed in your letter. As a result of the Order in the above-referenced case, the third-party financial institutions' compliance with the subpoenas served by PAO Tatneft is no longer tolled and PAO Tatneft will be proceeding accordingly. Ukraine's motion to stay execution in the D.C. Circuit has not been granted, and does not impact these proceedings.

Regards,
Lauren

**Lauren K. Handelsman**

1

Binder & Schwartz LLP
366 Madison Avenue, 6th Floor
New York, New York 10017
Tel: (212) 510-7272
Cell: (917) 743-7604
Fax: (212) 510-7299
Email: lhandelsman@binderschwartz.com

binderschwartz.com

\* \* \*

The information contained in this communication is confidential, may be legally privileged and is intended for the exclusive use of the above named addressee(s). If you are not the intended recipient(s), you are on notice of its status and should not copy it, use it for any purposes, or disclose its contents to any other person. Please contact the sender by telephone or by reply email and then delete this message from your system. Thank you for your cooperation.

\* \* \*

To ensure compliance with Treasury Department regulations, we inform you that, unless otherwise indicated in writing, any U.S. Federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or applicable state and local provisions or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

---

**From:** Kostytska, Maria <MKostytska@winston.com>
**Sent:** Tuesday, July 20, 2021 1:09 PM
**To:** Lauren Handelsman <lhandelsman@binderschwartz.com>
**Cc:** Morag, Boaz S. <bmorag@cgsh.com>; Sarah Dowd <sdowd@binderschwartz.com>; Kim, Allison <alkim@cgsh.com>; McDonald, Mark E. <memcdonald@cgsh.com>; Blackman, Jonathan I. <jblackman@cgsh.com>; Slater, Matthew D. <mslater@cgsh.com>; Librera, Kelly <KLibrera@winston.com>; Buchanan, Tom <TBuchana@winston.com>
**Subject:** Ukraine v. PAO Tatneft, Case No. 1:21-mc-00376-JGK-SN - meet & confer

Dear Lauren,

Please see attached. We look forward to hearing from you.

Best regards,

**Maria Kostytska**
**Partner/Associé**
*Avocate à la Cour*
W & S SELARL
68 Rue du Faubourg Saint-Honoré
75008 Paris
T: +33 1 53 64 82 82
D: +33 1 53 64 82 44
F: +33 1 53 64 82 20
Bio | VCard | Email | winston.com

**WINSTON**
**&STRAWN**
LLP

Merci de penser à l'environnement avant d'imprimer cet e-mail / Please consider your environmental responsibility before printing this e-mail.

2

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

3

# EXHIBIT B



CORRESPONDANT
**WINSTON & STRAWN LLP**

North America   Europe   Asia

68 rue du Faubourg Saint-Honoré
75008 Paris, France
T +33 (0) 1 53 64 82 82
F +33 (0) 1 53 64 82 20

July 20, 2021

Lauren K. Handelsman
Binder & Schwartz LLP
366 Madison Avenue, 6th Floor
New York, NY 10017

**By email**

Re:     *Ukraine v. PAO Tatneft*, Case No. 1:21-mc-00376-JGK-SN

Dear Lauren,

The July 19, 2021 Order in the above-referenced case indicates that the matter will be closed "[a]bsent a timely filed objection under Federal Rule of Civil Procedure 72 or further application to the Court within 14 days." Dkt. 16, 15. We intend to submit a letter motion seeking an extension of time to take further steps in light of, *inter alia*, counsel's conflicting commitments in other cases and the need to obtain instructions from the State of Ukraine, which is a time-consuming process. We believe that no inconvenience would be caused by this extension, as Ukraine's motion to stay execution, including discovery in aid of execution, is pending in the D.C. Circuit, and it would be dispositive of the subpoenas.

In light of these considerations, please advise whether PAO Tatneft would consent to a four-week extension of time, from August 2, 2021 to August 30, 2021. We would welcome your response by email by 12 noon tomorrow July 21, 2021 and remain open to a telephone call.

Thank you.

Best regards,

*Maria Kostytska*

Maria Kostytska, Partner
Winston & Strawn LLP

Cc:     Thomas Buchanan and Kelly Librera, Winston & Strawn LLP
        Jonathan Blackman, Mark McDonald, Matthew Slater, Boaz Morag and Allison Kim, Cleary Gottlieb Steen & Hamilton LLP