```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

UKRAINE,

                        Petitioner,

      -against-

PAO TAFTNET,

                        Respondent.

```
-----------------------------------------------------------------X
```

21-MC-00376 (JGK) (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2021

**SARAH NETBURN, United States Magistrate Judge:**

      In light of Judge Koeltl's order remanding this matter for consideration of an appropriate protective order, the parties are directed to meet and confer on an appropriate protective order. If the parties cannot reach agreement, by December 3, 2021, they shall notify the Court and propose a briefing schedule for Ukraine's motion for a protective order.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: November 23, 2021
       New York, New York