USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UKRAINE,

                Petitioner,

    -against-

PAO TATNEFT,

                Respondent.

-----------------------------------------------------------------X

21-MC-00376 (JGK) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has reviewed the parties' submissions regarding a proposed briefing schedule for Ukraine's motion for a protective order. Ukraine's motion and supporting memorandum is due no later than January 21, 2022; PAO Tatneft's opposition is due no later than February 4, 2022. No reply is necessary.

**SO ORDERED.**

                                                                          _____
                                                                          SARAH NETBURN
                                                                          United States Magistrate Judge

Dated: December 10, 2021
        New York, New York