UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UKRAINE,

                      Petitioner,          21-MC-00376 (JGK) (SN)

      -against-                 22-MC-00036 (JGK) (SN)

PAO TAFTNET,                        **ORDER**

                      Respondent.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Due to a scheduling conflict, the conference currently scheduled for 2:30 p.m. today is adjourned pending confirmation of the parties' joint availability. By 5:00 p.m. today, the parties are directed to submit a joint letter indicating their availability for a conference on February 16, 17 and 18, 2022.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

Dated:       February 15, 2022
               New York, New York