UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UKRAINE,

                           Petitioner,                    21-MC-00376 (JGK) (SN)

          -against-                              22-MC-00036 (JGK) (SN)

PAO TAFTNET,                                    **ORDER**

                       Respondent.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A conference to discuss the issues described in the Court's February 11, 2022 order, ECF No. 42 (21-mc-00376), is scheduled for Thursday, February 17, 2022, at 9:00 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                     SARAH NETBURN
                                                     United States Magistrate Judge

Dated:     February 16, 2022
             New York, New York