```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UKRAINE,

                        Petitioner,                21-MC-00376 (JGK) (SN)

      -against-                             22-MC-00036 (JGK) (SN)

PAO TAFTNET,                                         **ORDER**

                        Respondent.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      As discussed during today's conference, by February 28, 2022, the parties shall file a joint letter proposing a briefing schedule for Ukraine's renewed motion in 22-mc-00036. If the parties do not agree on a briefing schedule, each side shall set forth its proposed schedule and the justification.

      Also by February 28, 2022, Ukraine shall file a letter seeking leave to move for reconsideration of the Court's order denying Ukraine's motion to quash in 21-mc-00376. PAO Tatneft's response to Ukraine's letter is due by March 2, 2022.

**SO ORDERED.**

                                                              _____
                                                              SARAH NETBURN
                                                              United States Magistrate Judge

Dated:      February 16, 2022
               New York, New York