USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2022

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE SUBPOENAS SERVED ON LLOYDS BANKING GROUP PLC; LLOYDS AMERICA SECURITIES CORPORATION; LLOYDS BANK CORPORATE MARKETS PLC; THE CANADIAN IMPERIAL BANK OF COMMERCE; CIBC BANK U.S.A.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; THE GOLDMAN SACHS GROUP, INC.; GOLDMAN SACHS & CO. LLC; GOLDMAN SACHS INTERNATIONAL; MORGAN STANLEY; MORGAN STANLEY & CO. LLC; MORGAN STANLEY & CO. INTERNATIONAL PLC; MIZUHO BANK, LTD.; MIZUHO AMERICAS LLC; MIZUHO SECURITIES USA LLC; CRÉDIT AGRICOLE CIB; CREDIT AGRICOLE SECURITIES (USA) INC.; CREDIT AGRICOLE AMERICA SERVICES, INC.; SOCIÉTÉ GÉNÉRALE S.A.; SG AMERICAS SECURITIES, LLC; BANCO SANTANDER, S.A.; AND SANTANDER HOLDINGS USA, INC.:

UKRAINE,

   Petitioner,

 -against-

PAO TATNEFT,

   Respondent.

Misc. Case No. 1:21-mc-00376

**ORDER**

Upon consideration of the parties' joint letter brief, filed March 4, 2022, and the stipulations reflected therein, it is hereby

**ORDERED** that the requested moratorium on discovery and discovery-related proceedings until further order of the Court is **GRANTED**; it is further

**ORDERED** that the subpoena recipients (the above-referenced financial institutions) shall take notice that their compliance with the subpoenas is tolled for the duration of the moratorium; and it is further

**ORDERED** that Tatneft shall not move to compel compliance with the subpoenas by the subpoena recipients (the above-referenced financial institutions) for the duration of the moratorium.

The parties shall file a status letter no later than May 31, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:    March 4, 2022
          New York, New York