UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON LLOYDS BANKING GROUP PLC; LLOYDS AMERICA SECURITIES CORPORATION; LLOYDS BANK CORPORATE MARKETS PLC; THE CANADIAN IMPERIAL BANK OF COMMERCE; CIBC BANK U.S.A.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; THE GOLDMAN SACHS GROUP, INC.; GOLDMAN SACHS & CO. LLC; GOLDMAN SACHS INTERNATIONAL; MORGAN STANLEY; MORGAN STANLEY & CO. LLC; MORGAN STANLEY & CO. INTERNATIONAL PLC; MIZUHO BANK, LTD.; MIZUHO AMERICAS LLC; MIZUHO SECURITIES USA LLC; CRÉDIT AGRICOLE CIB; CREDIT AGRICOLE SECURITIES (USA) INC.; CREDIT AGRICOLE AMERICA SERVICES, INC.; SOCIÉTÉ GÉNÉRALE S.A.; SG AMERICAS SECURITIES, LLC; BANCO SANTANDER, S.A.; AND SANTANDER HOLDINGS USA, INC.: <br><br> UKRAINE, <br><br>      Petitioner, <br><br> -against- <br><br> PAO TATNEFT, <br><br>      Respondent. | Case No.: 1:21-mc-00376-JGK-SN <br><br> **ECF Case** |

**DECLARATION OF LAUREN K. HANDELSMAN**
**IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

I, Lauren K. Handelsman, hereby declare pursuant to 28 U.S.C. § 1786 as follows:

  1.  I am an attorney admitted to practice, and in good standing, in this District. I submit this Declaration in support of my Motion to Withdraw as Counsel for Respondent PAO Tatneft ("Respondent").

2. Elizabeth Wolstein of Schlam Stone & Dolan LLP has filed her Notice of Appearance on behalf of Respondent. As Respondent will continue to be represented by the Schlam Stone & Dolan firm in this proceeding, which is currently stayed, Respondent will not be prejudiced by my withdrawal and proceedings will not be delayed.

3. Pursuant to Local Civil Rule 1.4, I declare that I am not asserting a retaining or charging lien against Respondent.

4. For the foregoing reasons, I respectfully request that the Court grant this Motion to Withdraw as Counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 12, 2022
New York, New York

By: /s/ Lauren K. Handelsman

Lauren K. Handelsman
BINDER & SCHWARTZ LLP
366 Madison Avenue, 6th Floor
New York, NY 10017
Telephone: 212-510-7272
Facsimile: 212-510-7299
lhandelsman@binderschwartz.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Declaration In Support of the Motion to Withdraw as Counsel was served by ECF on all counsel of record in the above-referenced case.

Additionally, I hereby certify pursuant to Local Rule 1.4, that a true and correct copy of this Declaration In Support of the Motion to Withdraw as Counsel was served on Respondent PAO Tatneft through its counsel of record on September 12, 2022.

Dated: September 12, 2022
       New York, New York

                                             /s/ Lauren K. Handelsman
                                             Lauren K. Handelsman