UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UKRAINE,

                      Petitioner,                    21-MC-00376 (JGK) (SN)

    -against-                                  22-MC-00036 (JGK) (SN)

PAO TAFTNET,                                    <u>ORDER</u>

                      Respondent.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The moratorium on discovery and discovery-related proceedings will remain in place pending further order of the Court. The parties shall file an additional joint status letter by September 25, 2024.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated:      June 25, 2024
                New York, New York