UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UKRAINE,

                        Petitioner,                21-MC-00376 (JGK) (SN)

      -against-                           22-MC-00036 (JGK) (SN)

PAO TAFTNET,                                   **ORDER**

                        Respondent.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties submitted a September 25, 2024 joint status letter indicating that Respondent will move to lift the moratorium on discovery, and Petitioner plans to oppose this motion. Respondent is ORDERED to file its motion to lift the moratorium on discovery by September 27, 2024. Petitioner is ORDERED to file its reply by November 1, 2024. Respondent is ORDERED to file its reply by November 22, 2024.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated:    September 27, 2024
               New York, New York