```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UKRAINE,

                              Petitioner,          21-MC-00376 (JGK) (SN)

            -against-                              22-MC-00036 (JGK) (SN)

PAO TATNEFT,                                       ORDER

                              Respondent.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

    Ukraine shall file its motion to quash the second set of subpoenas served by PAO Tatneft ("Tatneft") by Tuesday, July 22, 2025. Tatneft's opposition brief shall be filed by August 12, 2025, and any reply brief shall be filed by September 2, 2025. The United States Government shall file a Statement of Interest or inform the Court that it will not file a Statement of Interest by September 23, 2025. The parties' briefs shall comply with Local Civil Rule 7.1.

    The Court declines to set a date for any motion for reconsideration. To the extent Ukraine seeks to file such a motion, it must comply with the Federal Rules of Civil Procedure and Local Civil Rules.

    The parties are further ordered to meet and confer regarding an appropriate protective order. If the parties cannot reach an agreement, Ukraine shall file a motion for a protective order, pursuant to Rule 26(c), by Tuesday, July 22, 2025. Tatneft's opposition brief shall be filed by August 12, 2025, and any reply brief shall be filed by September 2, 2025. Ukraine's opening brief and Tatneft's opposition brief shall not exceed 4,500 words; Ukraine's reply brief shall not exceed 2,000 words.

2

Tatneft is precluded from enforcing its subpoenas until further order of the Court.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:    May 22, 2025
            New York, New York

2