**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

UKRAINE,

                              **Petitioner,**

            -against-

PAO TATNEFT,

                            **Respondent.**

-------------------------------------------------------------------X

------------------------------------------------------------------- X

UKRAINE,

                              **Petitioner,**

            -against-

PAO TATNEFT,

                            **Respondent.**

-------------------------------------------------------------------X

------------------------------------------------------------------- X

PAO TATNEFT,

                            **Plaintiff,**

            -against-

UKRAINE,

                            **Defendant.**

-------------------------------------------------------------------X

**21-MC-00376 (JGK)(SN)**

**DISCOVERY CONFERENCE ORDER**

**22-MC-00036-(JGK)(SN)**

**25-MC-00212 (JGK)(SN)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2026

----------------------------------------------------------------- X

PAO TATNEFT,

          Petitioner,        26-MC-00071 (JGK)

      -against-

UKRAINE,

          Respondent.

-----------------------------------------------------------------X

----------------------------------------------------------------- X

PAO TATNEFT,

          Petitioner,        26-MC-00072 (JGK)

      -against-

UKRAINE,

          Respondent.

-----------------------------------------------------------------X

----------------------------------------------------------------- X

PAO TATNEFT,

          Petitioner,        26-MC-00076 (JGK)

      -against-

WINSTON & STRAWN LLP and UKRAINE,

          Respondents.

-----------------------------------------------------------------X

2

```
---------------------------------------------------------------- X
```

PAO TATNEFT,

                          Petitioner,                          26-MC-00077 (JGK)

              -against-

HOLLAND & KNIGHT LLP and UKRAINE,

                          Respondents.

```
----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

A discovery conference to discuss the issues raised in the parties' recent submissions is scheduled for Thursday, March 19, 2026, at 2:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw immediately at diljah_shaw@nysd.uscourts.gov.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:        March 5, 2026
              New York, New York

3