**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

UKRAINE,

                                       **Petitioner,**

                   **-against-**

PAO TATNEFT,

                                         **Respondent.**

------------------------------------------------------------------X


------------------------------------------------------------ X

UKRAINE,

                                        **Petitioner,**

                   **-against-**

PAO TATNEFT,

                                         **Respondent.**

------------------------------------------------------------------X

------------------------------------------------------------ X

PAO TATNEFT,

                                        **Plaintiff,**

                   **-against-**

UKRAINE,

                                         **Defendant.**

------------------------------------------------------------------X

**21-MC-00376 (JGK)(SN)**

**<u>DISCOVERY CONFERENCE</u>**
**<u>ORDER</u>**

**22-MC-00036-(JGK)(SN)**

**25-MC-00212 (JGK)(SN)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2026

------------------------------------------------------------------- X

PAO TATNEFT,

                              **Petitioner,**                    **26-MC-00071 (JGK)**

                -against-

UKRAINE,

                              **Respondent.**

------------------------------------------------------------------X

------------------------------------------------------------------- X

PAO TATNEFT,

                              **Petitioner,**                    **26-MC-00072 (JGK)**

                -against-

UKRAINE,

                              **Respondent.**

------------------------------------------------------------------X

------------------------------------------------------------------- X

PAO TATNEFT,

                              **Petitioner,**                    **26-MC-00076 (JGK)**

                -against-

WINSTON & STRAWN LLP and UKRAINE,

                              **Respondents.**

------------------------------------------------------------------X

```
-------------------------------------------------------------- X
```
PAO TATNEFT,

                               **Petitioner,**                        26-MC-00077 (JGK)

                 **-against-**

HOLLAND & KNIGHT LLP and UKRAINE,

                               **Respondents.**

```
--------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

         The discovery conference scheduled for Thursday, March 19, 2026, at 2:00 p.m. will be in Courtroom 318, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. At that time, the public may access a listen only telephone line at (646)-453-4442 and enter Access Code 2474352. It is a violation of judicial rules and policy to record a court proceeding, and the public and parties are warned that a violation of those rules and policy may result in certain consequences.

**SO ORDERED.**

                                            _____
                                            SARAH NETBURN
                                            United States Magistrate Judge

Dated:         March 13, 2026
                 New York, New York