**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

UKRAINE,

                            Petitioner,

             -against-

PAO TATNEFT,

                            Respondent.

------------------------------------------------------------------X

**21-MC-00376 (JGK)(SN)**

**<u>ORDER</u>**

------------------------------------------------------------------ X

UKRAINE,

                            Petitioner,

             -against-

PAO TATNEFT,

                            Respondent.

**22-MC-00036-(JGK)(SN)**

------------------------------------------------------------------X

------------------------------------------------------------------ X

PAO TATNEFT,

                           Plaintiff,

             -against-

UKRAINE,

                          Defendant.

**25-MC-00212 (JGK)(SN)**

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2026

------------------------------------------------------------------ X

PAO TATNEFT,

                               **Petitioner,**                    **26-MC-00071 (JGK)**

          **-against-**

UKRAINE,

                                 **Respondent.**

----------------------------------------------------------------X

------------------------------------------------------------------ X

PAO TATNEFT,

                               **Petitioner,**                    **26-MC-00072 (JGK)**

          **-against-**

UKRAINE,

                                 **Respondent.**

----------------------------------------------------------------X

------------------------------------------------------------------ X

PAO TATNEFT,

                               **Petitioner,**                    **26-MC-00076 (JGK)**

          **-against-**

WINSTON & STRAWN LLP and UKRAINE,

                                 **Respondents.**

----------------------------------------------------------------X

---------------------------------------------------------------- X

**PAO TATNEFT,**

                         **Petitioner,**                    **26-MC-00077 (JGK)**

       **-against-**

**HOLLAND & KNIGHT LLP and UKRAINE,**

                         **Respondents.**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       By no later than Tuesday, March 17, 2026, counsel for Ukraine and PAO Tatneft are ORDERED to file a joint letter in only Case No. 25-mc-00212 listing (with specific docket and ECF number references) all of the pending motions across the seven cases. The parties should also list any reasonably anticipated motions.

**SO ORDERED.**

                                    SARAH NETBURN
                                    United States Magistrate Judge

Dated:       March 13, 2026
               New York, New York

3