USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

UKRAINE,

                           **Petitioner,**

             **-against-**

PAO TATNEFT,

                         **Respondent.**

------------------------------------------------------------------X

**21-MC-00376 (JGK)(SN)**

**ORDER**

------------------------------------------------------------------ X

UKRAINE,

                           **Petitioner,**

             **-against-**

PAO TATNEFT,

                         **Respondent.**

------------------------------------------------------------------X

**22-MC-00036 (JGK)(SN)**

------------------------------------------------------------------ X

PAO TATNEFT,

                           **Plaintiff,**

             **-against-**

UKRAINE,

                         **Defendant.**

------------------------------------------------------------------X

**25-MC-00212 (JGK)(SN)**

------------------------------------------------------------------ X

**PAO TATNEFT,**

                      **Petitioner,**                      **26-MC-00071 (JGK)(SN)**

                **-against-**

**UKRAINE,**

                      **Respondent.**

-----------------------------------------------------------------X

------------------------------------------------------------------ X

**PAO TATNEFT,**

                      **Petitioner,**                      **26-MC-00072 (JGK)(SN)**

                **-against-**

**UKRAINE,**

                      **Respondent.**

-----------------------------------------------------------------X

------------------------------------------------------------------ X

**PAO TATNEFT,**

                      **Petitioner,**                      **26-MC-00076 (JGK)(SN)**

                **-against-**

**WINSTON & STRAWN LLP and UKRAINE,**

                      **Respondents.**

-----------------------------------------------------------------X

2

--------------------------------------------------------------- X

PAO TATNEFT,

                              Petitioner,                     26-MC-00077 (JGK)(SN)

       -against-

HOLLAND & KNIGHT LLP and UKRAINE,

                              Respondents.

---------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

Per the parties' agreement, see Case No. 21-mc-00376, ECF No. 147, the Court is authorizing a first phase of third-party discovery for the following four third-party entities: Bank of New York Mellon Corporation, Goldman Sachs & Co. LLC, JP Morgan Chase Bank N.A., and Citibank. Third-party discovery for this first phase of discovery shall be limited to the following scope: (1) accounts and assets of Ukraine itself (and not its state-owned companies or other non-parties); (2) located in the United States; and (3) that are not used for military, diplomatic, or central banking purposes, as those terms are defined by the Foreign Sovereign Immunities Act. This limitation for the first phase of discovery shall not preclude Tatneft from seeking to enforce the full scope of its subpoenas at a later date, if necessary. The parties are expected to proceed with this first phase of discovery immediately and in conformity with the procedures provided under the approved joint protective order.

Further, Tatneft's request to include four additional entities as part of the first phase of discovery is DENIED without prejudice. Tatneft may renew its request for additional discovery after the parties complete the agreed first phase of discovery and if the first phase of discovery proves insufficient for Tatneft to satisfy its pending arbitral award judgment. Accordingly, until the first phase of discovery is completed, Tatneft is still precluded from issuing any additional

3

third-party subpoenas absent leave of the Court, and any response deadlines for pending third-party subpoenas not included in the first phase of discovery shall be adjourned until further instruction from the Court.

By no later than Friday, June 5, 2026, the parties are ORDERED to submit a joint letter updating the Court on the status of the first phase of discovery.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:      May 4, 2026
            New York, New York

4