USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 9/14/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

**UKRAINE,**

**Petitioner,**

**-against-**

**PAO TATNEFT,**

**Respondent.**

---------------------------------------------------------------X

**21-MC-00376 (JGK)(SN)**

**ORDER**

--------------------------------------------------------------- X

**UKRAINE,**

**Petitioner,**

**-against-**

**PAO TATNEFT,**

**Respondent.**

---------------------------------------------------------------X

**22-MC-00036 (JGK)(SN)**

--------------------------------------------------------------- X

**PAO TATNEFT,**

**Plaintiff,**

**-against-**

**UKRAINE,**

**Defendant.**

---------------------------------------------------------------X

**25-MC-00212 (JGK)(SN)**

**---------------------------------------------------------------- X**
**PAO TATNEFT,**

**Petitioner,** **26-MC-00071 (JGK)(SN)**

**-against-**

**UKRAINE,**

**Respondent.**

**----------------------------------------------------------------X**

**---------------------------------------------------------------- X**
**PAO TATNEFT,**

**Petitioner,** **26-MC-00072 (JGK)(SN)**

**-against-**

**UKRAINE,**

**Respondent.**

**----------------------------------------------------------------X**

**---------------------------------------------------------------- X**
**PAO TATNEFT,**

**Petitioner,** **26-MC-00076 (JGK)(SN)**

**-against-**

**WINSTON & STRAWN LLP and UKRAINE,**

**Respondents.**

**----------------------------------------------------------------X**

**----------------------------------------------------------------- X**

**PAO TATNEFT,**

**Petitioner,** **26-MC-00077 (JGK)(SN)**

**-against-**

**HOLLAND & KNIGHT LLP and UKRAINE,**

**Respondents.**

**-----------------------------------------------------------------X**

**SARAH NETBURN, United States Magistrate Judge:**

On August 17, 2026, PAO Tatneft ("Tatneft") filed on the main docket (21-mc-00376) a letter motion to move beyond the first phase of discovery that the Court ordered on March 20, 2026, and resume ordinary post-judgment discovery. See 21-mc-00376 at ECF No. 163. In its response to Tatneft's motion, Ukraine proposed as a next step allowing Tatneft to seek limited discovery from ten additional commercial banks of Tatneft's choosing. See id. at ECF No. 164. On September 8, 2026, Tatneft filed a reply opposing Ukraine's proposed compromise and requesting that the Court revert to adjudicating Ukraine's motions to quash and Tatneft's motions to compel that were put on hold pending the completion of the first phase of discovery. See id. at ECF No. 167.

A conference to discuss Tatneft's motion to move beyond the first phase of discovery is scheduled for Wednesday, September 23, 2026, at 3:00 p.m., in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw immediately at diljah_shaw@nysd.uscourts.gov. During this conference, the Court expects the parties to come prepared to identify which specific motions are still operative in light of the Joint Protective Order issued on May 4, 2026, or any other recent developments. See id. at ECF No. 154. The

Court has reviewed all of the documents and identified the following pending motions, some of which were filed as late as 2022:

- Ukraine's Motion to Quash or Modify Subpoenas Served on Certain Financial Institutions (1:22-mc-00036 at ECF No. 1)
- Ukraine's Motion for Reconsideration of the July 19, 2021 Order Denying Ukraine's Motion to Quash Subpoenas (1:21-mc-00376 at ECF No. 52)
- Ukraine's Amended Motion to Quash or Modify the First Set of Subpoenas (1:22-mc-00036 at ECF No. 25)
- Ukraine's Supplemental Motion to Quash the Second Set of Bank Subpoenas (1:22-mc-00036 at ECF No. 90)
- Ukraine's Second Motion to Quash the First Set of Bank Subpoenas, or For Relief Under Rule 60(b)(6) (1:21-mc-00376 at ECF No. 119)
- Ukraine's Motion to Quash a Third Set of Subpoenas (1:25-mc-00212 at ECF No. 18)
- Tatneft's Motion to Compel Compliance with a Subpoena Served on White & Case, LLP (1:26-mc-00071 at ECF No. 1)
- Tatneft's Motion to Compel Compliance with a Subpoena Served on Quinn Emanuel Urquhart & Sullivan, LLP (1:1:26-mc-00072 at ECF No. 1)
- Tatneft's Motion to Compel Compliance with a Subpoena Served on Winston & Strawn, LLP (1:26-mc-00076 at ECF No. 1)
- Tatneft's Motion to Compel Compliance with a Subpoena Served on Holland & Knight, LLP (1:26-mc-00077 at ECF No. 1)

Given the passage of time, and the geopolitical and related-case developments, the parties should review these motions and advise the Court whether any is moot or stale. It is the Court's view that denying all pending motions without prejudice in favor of a single motion may be the most efficient way to proceed. The parties are encouraged to meet and confer on this proposal in advance of the September 23, 2026 conference and to file a joint letter by September 18, 2026.

The Court also requests that the Clerk of Court mark the following cases as related to 21-mc-00376:

- **1:26-mc-00071-JGK-SN** In Re: Post-Judgment Subpoena of PAO Tatneft to White & Case LLP
- **1:26-mc-00072-JGK-SN** In Re: Post-Judgment Subpoena of PAO Tatneft to Quinn Emanuel Urquhart & Sullivan LLP
- **1:26-mc-00076-JGK-SN** PAO Tatneft v. Winston & Strawn LLP
- **1:26-mc-00077-JGK-SN** PAO Tatneft v. Holland & Knight LLP

**CONCLUSION**

The parties shall file a status letter as set forth above by September 18, 2026, and appear at a status conference on September 23, 2026, at 3:00 p.m., in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is respectfully requested to mark as related to 21-mc-00376 the following cases: 1:26-mc-00071, 1:26-mc-00072, 1:26-mc-00076, and 1:26-mc-00077.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: September 14, 2026
New York, New York