USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

**UKRAINE,**

**Petitioner,**

**-against-**

**PAO TATNEFT,**

**Respondent.**

---------------------------------------------------------------X

**21-MC-00376 (JGK)(SN)**

**ORDER**

---------------------------------------------------------------X

**UKRAINE,**

**Petitioner,**

**-against-**

**PAO TATNEFT,**

**Respondent.**

---------------------------------------------------------------X

**22-MC-00036 (JGK)(SN)**

---------------------------------------------------------------X

**PAO TATNEFT,**

**Plaintiff,**

**-against-**

**UKRAINE,**

**Defendant.**

---------------------------------------------------------------X

**25-MC-00212 (JGK)(SN)**

**----------------------------------------------------------------- X**
**PAO TATNEFT,**

**Petitioner,** **26-MC-00071 (JGK)(SN)**

**-against-**

**UKRAINE,**

**Respondent.**

**-----------------------------------------------------------------X**

**----------------------------------------------------------------- X**
**PAO TATNEFT,**

**Petitioner,** **26-MC-00072 (JGK)(SN)**

**-against-**

**UKRAINE,**

**Respondent.**

**-----------------------------------------------------------------X**

**----------------------------------------------------------------- X**
**PAO TATNEFT,**

**Petitioner,** **26-MC-00076 (JGK)(SN)**

**-against-**

**WINSTON & STRAWN LLP and UKRAINE,**

**Respondents.**

**-----------------------------------------------------------------X**

---------------------------------------------------------------- X

**PAO TATNEFT,**

**Petitioner,** **26-MC-00077 (JGK)(SN)**

**-against-**

**HOLLAND & KNIGHT LLP and UKRAINE,**

**Respondents.**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On September 23, 2026, counsel for PAO Tatneft ("Tatneft") and Ukraine appeared for a conference to discuss the status of these cases and appropriate next steps.

As discussed, the Court will turn to Ukraine's Motion to Quash the First Set of Bank Subpoenas, or For Relief Under Rule 60(b)(6). See 21-mc-00376 at ECF No. 119. The following docket entries relate to that motion: ECF Nos. 120, 125, 126, 127, & 131. The Court will also consider any Statement of Interest of the United States (ECF Nos. 103 & 136) and Tatneft's response thereto (ECF No. 139). To the extent the parties believe that other filings are directly related to the motion at ECF No. 119, they must notify the Court in their supplemental filings. Ukraine may file one supplemental brief, not to exceed 15 double-spaced pages and exclusive of any appropriate evidentiary exhibits, by October 16, 2026. Tatneft may file a responsive brief with the same limitations on November 6, 2026.

Additionally, Tatneft seeks to vacate the Court's May 4, 2026 order, which precluded Tatneft from "issuing any additional third-party subpoenas absent leave of the Court" and stayed

the response deadlines for pending third-party subpoenas not included in the "first phase of discovery." ECF No. 153. Tatneft's motion shall be filed by October 16, 2026. Ukraine may file a responsive brief on November 6, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: September 25, 2026
New York, New York